Frank J. Kohut, Appellee, v. William Cowel and Paul Bodner, Appellants.

Gen. No. 45,161.

Price, Kimball & Anthony, for appellants; Hutson, Traeger & Bolger, for appellee; L. C. Traeger, Jr., of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.** Opinion filed November 29, 1950; released for publication February 23, 1951.

Hospital Sisters of St. Francis, Trading as St. Elizabeth's Hospital and Dr. Edward G. Dewein, Appellants, v. County of St. Clair, and Town of Freeburg, Appellees.

Term No. 50–0–3.

Richard T.

Carter, for appellees; Kevin Kane and John J. Driscoll, of counsel. Opinion by JUSTICE CULBERTSON. Not to be published in full. Opinion filed January 16, 1951; released for publication February 19, 1951.

## People of State of Illinois ex rel. Harry D. Busby et al., Appellants, v. Harry J. Smith et al., Appellees.

### Gen. No. 45,247.

Milton K. Joseph, for appellants; Bernard J. McDonnell, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 29, 1951; rehearing denied February 9, 1951; released for publication March 2, 1951.

## William P. Laux, Appellant, v. John W. Kummer, Appellee.

### Gen. No. 45,156.